Cite as 2025 Ark. 113

# SUPREME COURT OF ARKANSAS

IN RE BOARD OF CERTIFIED
COURT REPORTER EXAMINERS

**Opinion Delivered:** June 5, 2025

### PER CURIAM

The Honorable Crews Puryear of Dumas, Circuit Judge, Tenth Judicial Circuit, Amanda Poe of Little Rock, Certified Court Reporter, and Richard Fourt of Rogers, Certified Court Reporter, are appointed to our Board of Certified Court Reporter Examiners for three-year terms to expire on July 31, 2028. We designate the Honorable Leigh Zuerker as the new chair of the committee and thank her for accepting these duties. The court extends its appreciation to these new members for their willingness to serve on this important board.

The court expresses its gratitude to the Honorable Gordon "Mack" McCain of Franklin County, Circuit Judge, Fifth Judicial Circuit, Sandra Wright, of Jonesboro, Certified Court Reporter, and Valarie Flora of Little Rock, Certified Court Reporter, whose terms have expired, for their years of valuable service to this board.